# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA | |
|---|---|
| v. | **WARRANT FOR ARREST** |
| Jesus Perez Garcia | # 061115506 |
| | **Case Number:** 23-CR-1526-GPC |
| | **1:25-mj-00103-EPG** |
| | **NOT FOR PUBLIC VIEW** |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Jesus Perez Garcia___
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition
                                                                                  ☐ Pretrial Violation

charging him or her with (brief description of offense):
21:841(a)(1), 846 - Conspiracy to Distribute Methamphetamine
21:841(a)(1), 846 - Conspiracy to Distribute Fentanyl
21:952, 960 - Importation of Methamphetamine
21:952, 960 - Importation of Fentanyl
18:3146(a)(1) - Bail Jumping

In violation of Title ___See Above___ United States Code, Section(s) _____

| John Morrill | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| s/ S. Nyamanjiva | 7/26/2023, San Diego, CA |
| Signature of Deputy | Date and Location |

Bail fixed at $ ___No Bail___  by ___The Honorable David D. Leshner___
                                              Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

anh

**FILED**
Jul 26 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ STN   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>JESUS PEREZ GARCIA,<br><br>    Defendant. | Case No. '23 CR1526 GPC<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Secs. 841(a)(1) and 846 - Conspiracy to Distribute Methamphetamine and Fentanyl;<br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine and Fentanyl;<br>Title 18, U.S.C., Sec. 3146(a)(1)- Bail Jumping |

The grand jury charges:

Count 1

Beginning at a date unknown to the grand jury and continuing up to and including June 24, 2022, within the Southern District of California, and elsewhere, defendant JESUS PEREZ GARCIA did knowingly and intentionally conspire with other persons known and unknown to the grand jury to distribute a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

//

//

PCS:cms:San Diego:7/25/23

## Count 2

Beginning at a date unknown to the grand jury and continuing up to and including June 24, 2022, within the Southern District of California, and elsewhere, defendant JESUS PEREZ GARCIA did knowingly and intentionally conspire with other persons known and unknown to the grand jury to distribute, a mixture and substance containing a detectable N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

## Count 3

On or about June 24, 2022, within the Southern District of California, defendant JESUS PEREZ GARCIA did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

## Count 4

On or about June 24, 2022, within the Southern District of California, defendant JESUS PEREZ GARCIA did knowingly and intentionally import a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//

Count 5

On or about March 6, 2023, within the Southern District of California, defendant JESUS PEREZ GARCIA did knowingly fail to appear as required before the United States District Court in San Diego, California, after having been released on or about June 30, 2022, pursuant to the Bail Reform Act of 1984 (Title 18, United States Code, Sections 3141-3150) in connection with the felony charge of Title 21, United States Code, Sections 952 and 960; all in violation of Title 18, United States Code, Section 3146(a)(1).

DATED: July 26, 2023.

A TRUE BILL:

_____
Foreperson

RANDY S. GROSSMAN
United States Attorney

By: _____
PATRICK C. SWAN
Assistant U.S. Attorney

I hereby attest and certify on 7/26/2023
That the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By _____ Deputy

3